UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS

In re:                                §
                                      §
LAJEWSKI, JOANNE                      §        Case No. 10-35838
                                      §
          Debtor(s)                   §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Robert B. Katz, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
> U.S. Bankruptcy Court
> DIrksen Federal Building
> 219 S. Dearborn St.
> Room 713
> Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 03/26/2013 in Courtroom 682,
> United States Courthouse
> 219 S. Dearborn
> Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: _____

*Robert B. Katz, Trustee*
*53 West Jackson Boulevard*
*Suite 1320*
*Chicago, IL 60604*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
LAJEWSKI, JOANNE § Case No. 10-35838
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 112,500.00 |
| and approved disbursements of | $ | 70,532.06 |
| leaving a balance on hand of[1] | $ | 41,967.94 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Robert B. Katz, Trustee | $ 7,125.00 | $ 0.00 | $ 7,125.00 |
| Attorney for Trustee Fees: Ira P. Goldberg | $ 16,319.00 | $ 0.00 | $ 16,319.00 |
| Attorney for Trustee Expenses: Ira P. Goldberg | $ 26.00 | $ 0.00 | $ 26.00 |
| Other: International Sureties, LTD. | $ 34.40 | $ 34.40 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 23,470.00 |
| Remaining Balance | | $ | 18,497.94 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 24,920.53 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 74.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
| --- | --- | --- | --- | --- |
| 000001 | Discover Bank | $ 12,622.05 | $ 0.00 | $ 9,369.06 |
| 000002 | Chase Bank USA, N.A. | $ 8,364.78 | $ 0.00 | $ 6,208.99 |
| 000003 | Chase Bank USA,N.A | $ 1,613.66 | $ 0.00 | $ 1,197.78 |
| 000004 | Capital Recovery IV LLC | $ 337.00 | $ 0.00 | $ 250.15 |
| 000005 | Capital Recovery IV LLC | $ 1,983.04 | $ 0.00 | $ 1,471.96 |
| | Total to be paid to timely general unsecured creditors | | $ | 18,497.94 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Robert B. Katz

*Robert B. Katz, Trustee*
*53 West Jackson Boulevard*
*Suite 1320*
*Chicago, IL 60604*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                            United States Bankruptcy Court
                              Northern District of Illinois
In re:                                                                Case No. 10-35838-JBS
Joanne Lajewski                                                       Chapter 7
         Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0752-1          User: cturner                Page 1 of 2                   Date Rcvd: Feb 19, 2013
                              Form ID: pdf006              Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 21, 2013.
db           +Joanne Lajewski,    886 S Michigan,    Chicago, IL 60605
aty          +Dimonte & Lizak,    Dimonte & Lizak,   216 W Higgins Road,    Park Ridge, IL 60068-5706
15979302      Carsons,   PO BOX 15521,    Wilmington, DE 19850-5521
15979303      Chase,   P.O. Box 15298,    Wilmington, DE 19850-5298
16736804      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16810967     +Chase Bank USA,N.A,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,Tx 75374-0933
15979304      Citi Mortgage,    P.O. Box 9438,   Gaithersburg, MD 20898-9438
15979308      Macys,   PO BOX 689195,    Des Moines, IA 50368-9195
19927549      Midland Funding LLC,    By its authorized agent Recoser, LLC,    25 SE 2nd Ave, Suite 1120,
               Miami, FL 33131-1605
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17137653      E-mail/PDF: rmscedi@recoverycorp.com Feb 20 2013 04:34:19     Capital Recovery IV LLC,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
15979305      E-mail/PDF: mrdiscen@discoverfinancial.com Feb 20 2013 04:30:20     Discover,   PO BOX 30943,
               Salt Lake City, UT 84130
16710691      E-mail/PDF: mrdiscen@discoverfinancial.com Feb 20 2013 04:30:20     Discover Bank,
               Discover Products Inc.,    PO Box 3025,    New Albany, OH   43054-3025
15979306     +E-mail/PDF: gecsedi@recoverycorp.com Feb 20 2013 04:31:42     JC Penny,   PO BOX 981131,
               El Paso, TX 79998-1131
15979307     +E-mail/Text: bnckohlsnotices@becket-lee.com Feb 20 2013 04:21:26      Kohls,
               N56 W17000 Ridgewood Drive,    Menomonee Falls, WI 53051-7096
19927550      E-mail/PDF: rmscedi@recoverycorp.com Feb 20 2013 04:30:09
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
15979309     +E-mail/PDF: gecsedi@recoverycorp.com Feb 20 2013 04:33:54     Walmart,   PO BOX 103104,
               Roswell, GA 30076-9104
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 21, 2013**               **Signature:** *Joseph Speetjens*

```
District/off: 0752-1           User: cturner            Page 2 of 2           Date Rcvd: Feb 19, 2013
                               Form ID: pdf006         Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 19, 2013 at the address(es) listed below:

```
            Ira P Goldberg    on behalf of Trustee Robert B Katz, ESQ igoldberg@dimontelaw.com,
             phogan@dimontelaw.com
            Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
            Robert B Katz, ESQ    rkatztrustee@gmail.com, rkatz@ecf.epiqsystems.com
            Steven R Rappin    on behalf of Creditor   CitiMortgage, Inc. dolswang@hrolaw.com,
             rarredondo@hrolaw.com
            Tom  Makedonski    on behalf of Debtor Joanne  Lajewski info@teamlegalchicago.com,
             teamlegalbk@gmail.com
                                                                                             TOTAL: 5
```