IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 7 CASE |
| | ) | |
| LAJEWSKI, JOANNE | ) | CASE NO. 10-35838-JBS |
| | ) | |
| Debtor(s) | ) | Hon. JACK B. SCHMETTERER |
| | ) | BANKRUPTCY JUDGE |
| | ) | |

### ORDER AWARDING COMPENSATION AND EXPENSES AND DIRECTING DISTRIBUTION OF ESTATE PROPERTY

THIS MATTER COMING TO BE HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised;

IT IS HEREBY ORDERED that the Trustee's final requests for the allowance of fees and expenses are allowed as follows:

| | | |
|---|---|---|
| 1. | Trustee's compensation | $7,125.00 |
| 2. | Trustee's expenses | $0.00 |
| | TOTAL | $7,125.00 |

IT IS FURTHER ORDERED that the requests for compensation and expenses are allowed as follows:

| | | |
|---|---|---|
| 1. | Attorney for Trustee | |
| | a.  Compensation | $16,319.00 |
| | b.  Expenses | $26.00 |
| | TOTAL | $16,345.00 |

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

FURTHER, IT IS HEREBY ORDERED that the Trustee is authorized to, and by the entry hereof does, abandon the following property:

DATED this _____ day of \_\_\_\_MAR 26 2013_____, 2013.

ENTERED:

*Pamela S Hollis*
_____
UNITED STATES BANKRUPTCY JUDGE